IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**LARRY GARONE PARKS**                                                                              **PLAINTIFF**
**ADC #128484**

v.                          Case No: 2:23-cv-00157-LPR-PSH

**DOES**                                                                                                    **DEFENDANTS**

## ORDER

On July 28, 2023, Larry Garone Parks filed a letter that was docketed as a *pro se* Complaint pursuant to 42 U.S.C. § 1983.[1] On December 28, 2023, Mr. Parks moved to dismiss this case.[2] His Motion to Dismiss (Doc. 16) is GRANTED and his Complaint (Doc. 1) is DISMISSED without prejudice.[3] The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 3rd day of January 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Compl. (Doc. 1).

[2] Mot. to Dismiss (Doc. 16).

[3] *See* Fed. R. Civ. P. 41(a).