IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**LARRY GARONE PARKS**                                                    **PLAINTIFF**
**ADC #128484**

v.                    **Case No: 2:23-cv-00157-LPR-PSH**

**DOES**                                                           **DEFENDANTS**

## **JUDGMENT**

Pursuant to the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the underlying Order would not be taken in good faith.

IT IS SO ADJUDGED this 3rd day of January 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE